UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:  
Nitonya Story

(Debtor)

CASE NO.: _____07-24240_____

JUDGE: _____

CHAPTER: 13

## CHAPTER 13 PLAN AND MOTIONS

_✔_ Original     ____ Modified/Notice Required     ____ Modified/No Notice Required

☑ Discharge Sought  
❏ No Discharge Sought

Date: __10/2/07_____

THE DEBTOR HAS FILED FOR RELIEF UNDER CHAPTER 13
OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

1. **PAYMENT AND LENGTH OF PLAN**
    a. The Debtor shall pay $__28.30__ per __month__ to the Chapter 13 Trustee, starting on ___November,2007___ for approximately ___36___ months.

    b. The Debtor shall make plan payments to the Trustee from the following sources:

    __✔__     Future Earnings

    _____   Other sources of funding (describe source, amount and date when funds are available) _____
    _____
    _____

    _____   Sale or refinance of the following assets on or before_____.

c. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

d. Adequate protection payments will be made in the amount of $_____ to be paid directly by the Debtor(s) outside of the Plan, pre-confirmation to _____

_____ [creditor].

2. **PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
|  |  |  |

3. **SECURED CLAIMS**

a. **Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b. **Modification**

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

   c. **Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

   d. **Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan: _____
_____
_____

   e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
|  |  |  |

4. **UNSECURED CLAIMS**

   a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

   \_\_\_\_\_ Not less than $_____ to be distributed *pro rata*

   ✔ Not less than \_\_\_\_5%\_\_\_\_ percent

   \_\_\_\_\_ Pro rata distribution from any remaining funds

   b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
   All executory contracts and unexpired leases are rejected, **except** the following, which are **assumed:**

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

6. **MOTIONS**

**NOTE:** All plans including motions must be served separately in accordance with D.N.J. LBR 3015-1. Proof of Service of compliance with this requirement must be filed with the Clerk of Court.

Where a motion to avoid liens or partially avoid liens has been filed in the plan, a proof of claim filed that asserts a secured claim that is greater than the amount to be paid in the plan serves as opposition to the motion, and serves as an objection to confirmation. The proof of claim shall be served in accordance with D.N.J. LBR 3015-6(a). The creditor shall file a proof of service prior to the scheduled confirmation hearing. In order to prosecute the objection, the creditor must appear at the confirmation hearing, which shall be the hearing on the motion. Failure to appear to prosecute the objection may result in the motion being granted and the plan being confirmed pursuant to the terms as set forth in the plan.

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured.** The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 3 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 3 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

7. OTHER PLAN PROVISIONS

   a. **Vesting of Property of the Estate** Property of the Estate shall revest in the Debtor:

   ✔ Upon Confirmation

   \_\_\_\_\_ Upon Discharge

   b. **Payment Notices** Creditors and Lessors provided for in Sections 3, 5 or 6 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   c. **Order of Distribution** The Trustee shall pay allowed claims in the following order:

   1) Trustee Commissions
   2) _____
   3) _____
   4) _____

   d. **Post-petition claims** The Trustee ❏ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.


Date  10/2/07                                      /s/Carleton A Lewis
                                                   Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date  10/2/07                                      /s/Nitonya Story
                                                   Debtor


Date _____                          _____
                                                   Joint Debtor

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0312-2          User: iviegas              Page 1 of 1           Date Rcvd: Oct 03, 2007
Case: 07-24240                Form ID: pdf901            Total Served: 20

The following entities were served by first class mail on Oct 05, 2007.
db           +Nitonya Story,   Po Box 25379,   Newark, NJ 07101-7379
aty          +Carleton A. Lewis,   Essex Newark Legal Services,   5 Commerce Street,   Newark, NJ 07102-3999
tr           +Marie-Ann Greenberg,   Chapter 13 Standing Trustee,   30 Two Bridges Rd.,   Suite 230,
               Fairfield, NJ 07004-1550
smg           U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
508370717    +ATT/Cingular,   2612 North Roan Street,   Johnson City, TN 37601-1708
508370715    +Ambulatory Anesthesia,   Attn: PFM Corporation,   PO Box 84,   Morris Plains, NJ 07950-0084
508370716     Aspire Visa,   Attn: Midland Credit Management,   PO Box 939019,   San Diego, CA 92193-9019
508370719    +BMG 2nd Video DVD,   Attn: NCO Financial Systems,   507 Prudential Road,
               Horsham, PA 19044-2308
508370718    +Bank of America,   PO Box 25118,   Tampa, FL 33622-5118
508370720    +Cash Advance,   Attn: National Credit Adjusters,   PO Box 3023,   327 W. 4th Street,
               Hutchins, KS 67501-4842
508370721    +Comcast,   800 Rahway Avenue,   Union, NJ 07083-6691
508370722    +Liberal Finance,   Attn: Schiff & Schiff, Esq.,   211 Monmouth Road,
               West Long Branch, NY 07764-1031
508370723    +NBIMC,   Attn: Schachter Portnoy UC,   3490 US Rte 1, STE 6,   Princeton, NJ 08540-5920
508370724    +New Jersey Vision Associates,   124 Gregory Avenue/STE 104,   Passaic, NJ 07055-4856
508370725    +North Jersey Federal CU,   711 Union Blvd.,   Totowa, NJ 07512-2207
508370726    +One Click Cast,   52946 Highway 12, STE 3,   Niobrara, Nebraska 68760-7047
508370727    +Pay Day Services,   320 West 200 South/STE 350B,   Salt Lake City, Utah 84101-3790
508370728    +Rewards 660 Visa,   Attn: RGS Financial,   3333 Earhart Drive/STE 150,
               Carrollton, TX 75006-5152
508370729    +Sprint Telecommunication,   Attn: FBCS,   841 E. Huting Park Avenue,
               Philadelphia, PA 19124-4824

The following entities were served by electronic transmission on Oct 04, 2007.
508370718    +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 04 2007 06:07:40    Bank of America,
               PO Box 25118,   Tampa, FL 33622-5118
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2007**                    Signature:     *Joseph Speetjens*